

# Laborers Funds Administrative Office of Northern California, Inc.
220 Campus Lane, Fairfield, CA 94534-1498 • Telephone: (707) 864-2800

December 4, 2006

**CERTIFIED MAIL: 7002 3150 0004 6919 3185**

Adriano Masonry
48 Berger Lane
Petaluma CA 94952

RE: 38135-00

Gentlemen:

This is to advise that in accordance with the provisions of the Laborers Master Agreement and the Laborers Trust Agreements, an audit will be conducted to determine if proper reporting has been made to the Laborers Trust Funds for Northern California.

The Trust Agreements for the Laborers Health & Welfare Trust Fund for Northern California (Article IV, Section 9), Laborers Pension Trust Fund for Northern California (Article IV, Section 8), Laborers Vacation-Holiday Trust Fund for Northern California (Article VI, Section 8) and Laborers Training & Retraining Trust Fund for Northern California (Article IV, Section 8) state, in part, as follows:

"Upon request in writing from the Board, any Individual Employer will permit a Trust Fund Auditor to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, not less than two (2) working days after such request, and to examine and copy such books, records, papers or reports of such Individual Employer as may be necessary to determine whether the Individual Employer is making full and prompt payment of all sums to be paid by him or it to the Fund."

Our audit will begin December 2006 and will cover the period from January 2005 to the last complete calendar quarter.

Since our examination is for the purpose of determining if proper contributions to the Laborers Trust Funds have been made, we will require the following records:

Primary
1. Individual Earning Records (Compensation)
2. W-2 Forms - 1096 and 1099 Forms
3. Reporting Forms for all Trust Funds
4. State DE-3/DE-6 Tax Report
5. Worker's Compensation Insurance
6. Invoices for Sub Contractors.

Supplementary
1. Employee Time Cards
2. Payroll Journal
3. Quarterly Payroll Tax Returns (Form 941)
4. Check Register and supporting Cash Vouchers
5. Form 1120 - 1040 or Partnership Tax Report Returns
6. General Ledger - (portion relating to payroll audit

In addition, we will require any other records necessary to determine if all hours audited have been paid to any Trust Fund.

You will be contacted shortly to confirm the date of audit. If you have any questions, please contact the undersigned. Your cooperation will enable us to complete the audit as soon as possible and to take no more of your time than is absolutely necessary.

Very truly yours,

*Balben Donida*
Audit Department

cc: Auditor

EXHIBIT C

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7002 3150 0004 6919 3185

Sent To: Adriano Masonry
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adriano Masonry
48 Berger Ln.
Petaluma CA 94952

AS

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X J. Adriano/XS    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
J. Adriano                       12/6/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0004 6919 3185

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540