# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities
as Trustees of the LABORERS HEALTH AND
WELFARE TRUST FUND FOR NORTHERN CALIFORNIA
(See Attachment A to Summons in a Civil
Case)

V.

FRED ADRIANO MASONRY CONTRACTOR, INC., A
California Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 6401

MJJ

TO: (Name and address of defendant)
FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation
48 Berger Lane
Petaluma, CA   94952

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
Weinberg, Roger & Rosenfeld, A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 8 2007

Richard W. Wieking                              DATE
CLERK

_____
(BY) DEPUTY CLERK
MARY ANN BUCKLEY

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                    *Signature of Server*

                                                                      _____
                                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Attachment A to Summons in a Civil Case

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

    Plaintiffs,

  v.

FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,

    Defendant.

# Attachment A to Summons in a Civil Case