# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA (See Attachment A to Summons in a Civil Case) <br> V. <br> FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: <br><br> CV 07   6401 <br><br> MJJ |

TO: (Name and address of defendant)
FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation
48 Berger Lane
Petaluma, CA   94952

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
Weinberg, Roger & Rosenfeld, A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_/s/_ 
(BY) DEPUTY CLERK
MARY ANN BUCKLEY

DATE   DEC 1 8 2007

NDCAO440

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | See attached Proof of Service |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: See attached Proof of Service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     See attached Proof of Service
                  *Date*                               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Attachment A to Summons in a Civil Case**

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

       Plaintiffs,

v.

FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,

       Defendant.

**Attachment A to Summons in a Civil Case**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| | REFERENCE NUMBER<br>00034352-01 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. FRED ADRIANO MASONRY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 6401 MJJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Case Cover Sheet; ECF Registration Information Handout; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Welcome to the U.S. District Court, San Francisco; Order Setting Initial Case Management Conference;

        Name: FRED ADRIANO MASONRY CONTRACTOR, INC., A CALIFORNIA CORPORATION

Person Served: FRED ADRIANO
       Title: AGENT FOR SERVICE

Date of Delivery: January 3, 2008    HDATE:
Time of Delivery: 11:45 am

Place of Service: 48 BERGER LANE
                 PETALUMA, CA 94952        **(Residence)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service: $ 69.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 397
Expiration Date:

RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266

302/00034352-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: January 3, 2008
at: San Francisco, California.

Signature: *[signature]*
Name: DENISE O'CALLAHAN
Title: