| | |
|---|---|
| 1 | DICKENSON, PEATMAN & FOGARTY |
| 2 | A Professional Law Corporation<br>Brandon R. Blevans (CSB 197281) |
| 3 | (bblevans@dpf-law.com)<br>Patrick B. Sutton (CSB 223186) |
| 4 | (psutton@dpf-law.com) |
| 5 | 50 Old Courthouse Square, Suite 200<br>Santa Rosa, CA 95404-7922 |
| 6 | Telephone:  707.524.7000<br>Facsimile:   707.546.6800 |

Attorneys for Defendant
FRED ADRIANO MASONRY CONTRACTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br>    vs.<br><br>FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,<br><br>                    Defendant. | Case No. CV 07 6401 MJJ<br><br>**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>[Civil L.R. 6-1(a)] |

**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND**

The parties hereto, through their respective counsel, hereby stipulate as follows:

1. Plaintiffs' *Complaint* was filed and served on December 18, 2007.

2. Pursuant to Civil L.R. 6-1(a), all plaintiffs and defendant, Fred Adriano Masonry Contractor, Inc., ("Adriano") have stipulated that Adriano shall have a two-week extension of time to answer or otherwise respond to the *Complaint* filed by the plaintiff. This extension will not alter the date of any event or deadline already fixed by Court order.

3. Defendant Adriano shall answer or otherwise respond to the plaintiffs' *Complaint* on or before Wednesday, February 6, 2008.

4. Each party waives service of this *Stipulation Enlarging Time*.

IT IS SO STIPULATED.

Dated: January 22, 2008        DICKENSON, PEATMAN & FOGARTY
                               A Professional Law Corporation

                               _/s/_____
                               Patrick B. Sutton
                               Attorneys for Defendant
                               FRED ANDRIANO MASONRY CONTRACTOR, INC.

Dated:  January 18, 2008       WEINBERG, ROGER & ROSENFELD

                               _/s/_____
                               Linda Baldwin Jones
                               Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

**(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)**

Concurrence in the filing of this document has been obtained from each other signatory, or from the single signatory, in compliance with General Order 45, Section X.B.

                                  DICKENSON, PEATMAN & FOGARTY
                                  A Professional Law Corporation

Dated:  January 22, 2008

                              By        /s/
                                  Patrick B. Sutton
                                  Attorneys for Defendant
                                  FRED ADRIANO MASONRY CONTRACTOR, INC.