DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
Brandon R. Blevans (CSB 197281)
(bblevans@dpf-law.com)
Patrick B. Sutton (CSB 223186)
(psutton@dpf-law.com)
50 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404-7922
Telephone: 707.524.7000
Facsimile: 707.546.6800

Attorneys for Defendant
FRED ADRIANO MASONRY CONTRACTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

vs.

FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,

Defendant.

Case No. CV 07 6401 MJJ

**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND** AND ORDER
**[Civil L.R. 6-1(a)]**

## STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND

The parties hereto, through their respective counsel, hereby stipulate as follows:

1. Plaintiffs' *Complaint* was filed and served on December 18, 2007.

2. Pursuant to Civil L.R. 6-1(a), all plaintiffs and defendant, Fred Adriano Masonry Contractor, Inc., ("Adriano") have stipulated that Adriano shall have a two-week extension of time to answer or otherwise respond to the *Complaint* filed by the plaintiff. This extension will not alter the date of any event or deadline already fixed by Court order.

3. Defendant Adriano shall answer or otherwise respond to the plaintiffs' *Complaint* on or before Wednesday, February 6, 2008.

4. Each party waives service of this *Stipulation Enlarging Time*.

IT IS SO STIPULATED.

Dated: January 22, 2008

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

/s/
Patrick B. Sutton
Attorneys for Defendant
FRED ANDRIANO MASONRY CONTRACTOR, INC.

Dated: January 18, 2008

WEINBERG, ROGER & ROSENFELD

/s/
Linda Baldwin Jones
Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

**(U.S.D.C. N.D. Cal. General Order 45, Section X.B.)**

Concurrence in the filing of this document has been obtained from each other signatory, or from the single signatory, in compliance with General Order 45, Section X.B.

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

Dated: January 22, 2008

By_______/s/_______________________________
Patrick B. Sutton
Attorneys for Defendant
FRED ADRIANO MASONRY CONTRACTOR, INC.

