0%

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

The Board of Trustees, et al.

                    Plaintiff(s),                    CASE NO. CV 07 6401 MJJ

          v.

Fred Adriano Masonry, Inc., a California            STIPULATION AND [PROPOSED]
Corporation                                         ORDER SELECTING ADR PROCESS

                    Defendant(s).

_____

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      ✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
          Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      ✓   the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered.)*

          other requested deadline _____

Dated: Mar. 11, 2008 _____
                                                    _____
                                                    Concepcion E. Lozano-Batista
                                                    Attorney for Plaintiff

Dated: Mar. 11, 2008 _____
                                                    _____
                                                    Patrick Sutton
                                                    Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
  X Mediation
   Private ADR

Deadline for ADR session
  X 90 days from the date of this order.
   other

IT IS SO ORDERED.

Dated: _____3/12/08_____



UNITED ST

Judge Phyllis J. Hamilton