DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
Brandon R. Blevans (CSB 197281)
(bblevans@dpf-law.com)
Patrick B. Sutton (CSB 223186)
(psutton@dpf-law.com)
50 Old Courthouse Square, Suite 200
Santa Rosa, CA 95404-7922
Telephone: 707.524.7000
Facsimile: 707.546.6800

Attorneys for Defendant
FRED ADRIANO MASONRY CONTRACTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,<br><br>Defendant. | Case No. CV 07 6401 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Fred Adriano

Mark Adriano

Dated: March 25, 2008

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

/s/
Patrick B. Sutton
Attorneys for Defendant
FRED ANDRIANO MASONRY CONTRACTOR, INC.