# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| The Board of Trustees,<br><br>    Plaintiff(s),<br><br> v.<br><br>Fred Adriano Masonry Contractor,<br><br>    Defendant(s). | 07-06401 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

 The court notifies the parties and counsel that the Mediator assigned to this case is:

   **R. Bradford Huss**
   Trucker Huss, APC
   120 Montgomery St., #2350
   San Francisco, CA 94104
   415-788-3111
   bhuss@truckerhuss.com

 Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: April 3, 2008

5   RICHARD W. WIEKING
    Clerk
6   by:    Claudia M. Forehand

7   

8   ADR Case Administrator
    415-522-2059
9   Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06401 PJH MED                - 2 -