UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** April 3, 2008                                  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6401 PJH

**Case Name:** Board of Trustees, et al. v. Fred Adriano Masonry

**Attorney(s) for Plaintiff:**      Kristina M. Zinnen
**Attorney(s) for Defendant:**   Brandon Blevans

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

PROCEEDINGS

    Case Management Conference-Held. The court sets a Further Case Management Conference on July 10, 2008 at 2:30 p.m.


**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 90 days**.










**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file; ADR