1  MARK D. JORDAN, ESQ. (SBN 66353)
   **JORDAN & AQUI**
2  1612 Fourth Street
   Santa Rosa, CA 95404-4020
3  Telephone: (707) 526-3700
   Facsimile:  (707) 526-1716
4
   Attorneys for
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 THE BOARD OF TRUSTEES, in their   )    CASE NO.:   CV 07 6401-MJJ
   capacities as Trustees of the LABORERS)
12 HEALTH AND WELFARE TRUST      )
   FUND FOR NORTHERN             )         NOTICE OF SUBSTITUTION OF COUNSEL
13 CALIFORNIA; LABORERS          )
   VACATION-HOLIDAY TRUST FUND)
14 FOR NORTHERN CALIFORNIA;      )
   LABORERS PENSION TRUST FUND )
15 FOR NORTHERN CALIFORNIA; and  )
   LABORERS TRAINING AND         )
16 RETRAINING TRUST FUND FOR     )
   NORTHERN CALIFORNIA,          )
17                               )
            Plaintiffs,           )
18                               )
        vs.                       )
19                               )
   FRED ADRIANO MASONRY          )
20 CONTRACTOR, INC., A California )
   Corporation,                  )
21                               )
            Defendant.            )
22 _____/

23
        TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:
24
   Please take notice that MARK D. JORDAN, of the law firm of JORDAN & AQUI, hereby
25
   substitutes as attorney of record for Defendant FRED ADRIANO MASONRY CONTRACTOR,
26

27  _____

28 NOTICE OF SUBSTITUTION OF COUNSEL                                              1

1 | INC. Copies of all pleadings, papers, and notices should be served as follows:

MARK D. JORDAN, SBN 66353
Law Office of Jordan & Aqui
1612 Fourth Street
Santa Rosa, CA  95404
Telephone:  (707) 526-3700
Facsimile:  (707) 526-1716
E-mail:  mdj@1612fourth.com

Dated: June 20, 2008

JORDAN & AQUI

_____
MARK D. JORDAN
Attorneys for Defendant

I consent to this substitution

Dated: June 24, 2008

_____
FRED ADRIANO, for and on behalf of Defendant
FRED ADRIANO MASONRY, INC.

NOTICE OF SUBSTITUTION OF COUNSEL                                                         2