MARK D. JORDAN, ESQ. (SBN 66353)
JORDAN & AQUI
1612 Fourth Street
Santa Rosa, CA 95404-4020
Telephone: (707) 526-3700
Facsimile: (707) 526-1716

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation,<br><br>Defendant. | CASE NO.: CV 07 6401-PJH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that MARK D. JORDAN, of the law firm of JORDAN & AQUI, hereby substitutes as attorney of record for Defendant FRED ADRIANO MASONRY CONTRACTOR,

---

NOTICE OF SUBSTITUTION OF COUNSEL                                                                                                 1

1 | INC. Copies of all pleadings, papers, and notices should be served as follows:

MARK D. JORDAN, SBN 66353
Law Office of Jordan & Aqui
1612 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 526-3700
Facsimile: (707) 526-1716
E-mail: mdj@1612fourth.com

Dated: June 20, 2008

JORDAN & AQUI

_____
MARK D. JORDAN
Attorneys for Defendant

I consent to this substitution

Dated: June 24, 2008

_____
FRED ADRIANO, for and on behalf of Defendant
FRED ADRIANO MASONRY, INC.

NOTICE OF SUBSTITUTION OF COUNSEL                                    2

1  INC. Copies of all pleadings, papers, and notices should be served as follows:

2          MARK D. JORDAN, SBN 66353
        Law Office of Jordan & Aqui
3          1612 Fourth Street
        Santa Rosa, CA 95404
4          Telephone: (707) 526-3700
        Facsimile: (707) 526-1716
5          E-mail: mdj@1612fourth.com

6  Dated: June ___, 2008        JORDAN & AQUI

7

8  _____

9  MARK D. JORDAN
Attorneys for Defendant

10

11 I consent to this substitution

12

13 Dated: June ___, 2008      _____
FRED ADRIANO, for and on behalf of Defendant
14 FRED ADRIANO MASONRY, INC.

15

16 I consent to this substitution

17 Dated: June 25, 2008       _____
PATRICK B. SUTTON, former attorney for
18 Defendant FRED ADRIANO MASONRY, INC.

19

20

21

22

23

24

25

26

27

28 NOTICE OF SUBSTITUTION OF COUNSEL                                      2