1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Attorneys for Plaintiffs

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11  THE BOARD OF TRUSTEES, in their        )  No.    C 07-06401-MJJ
    capacities as Trustees of the LABORERS )
12  HEALTH AND WELFARE TRUST FUND          )
13  FOR NORTHERN CALIFORNIA; LABORERS )
    VACATION-HOLIDAY TRUST FUND FOR   )    **REQUEST FOR CONDITIONAL**
14  NORTHERN CALIFORNIA; LABORERS     )    **SIXTY-DAY DISMISSAL AND**
    PENSION TRUST FUND FOR NORTHERN   )    **REQUEST FOR VACATION OF**
15  CALIFORNIA; and LABORERS TRAINING )    **CASE MANAGEMENT**
    AND RETRAINING TRUST FUND FOR     )    **CONFERENCE**
16  NORTHERN CALIFORNIA,              )
17                                    )
                    Plaintiffs,       )
18                                    )
19         v.                         )
                                      )
20  FRED ADRIANO MASONRY              )
    CONTRACTOR, INC., A California     )
21  Corporation,                      )
                                      )
22                  Defendant.        )
23  _____ )

24         A tentative settlement having been reached, the parties, by and through their respective

25  counsel of record, hereby stipulate and request that the Court issue a conditional 60-day dismissal

26  of this case without prejudice.  The parties further stipulate a request that said dismissal provide

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

REQUEST FOR CONDITIONAL SIXTY-DAY DISMISSAL AND REQUEST FOR VACATION OF CASE
MANAGEMENT CONFERENCE

1  that if either party certifies with the Court within sixty days that settlement has not in fact occurred,

2  this matter may be restored to Court's calendar and set for trial.

3          A Case Management Conference has been scheduled for July 10, 2008 at 2:30 p.m.  With

4  this Request for Conditional Dismissal, the parties also request that said Case Management

5  Conference be vacated.

6

7  Dated:  July 1, 2008.

                                                  WEINBERG, ROGER & ROSENFELD
8                                                 A Professional Corporation

9
                                                  By:/s/Concepción E. Lozano-Batista
10                                                      CONCEPCIÓN E. LOZANO-BATISTA
                                                        Attorneys for Plaintiffs
11
12  Dated:  July 1, 2008.

13                                                JORDAN & AQUI

14                                                By:/s/Diane Aqui
                                                      DIANE AQUI
15                                                    Attorneys for Defendant

16  117066/498458

17

18                                    **<u>ORDER</u>**

19
        **IT IS SO ORDERED.**
20

21  Dated:  _____
22

23
                                          _____
24                                        HONORABLE MARTIN JENKINS

25  117066/498458

26

27

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

REQUEST FOR CONDITIONAL SIXTY-DAY DISMISSAL AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE