1  BARRY E. HINKLE, Bar No. 071223
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> FRED ADRIANO MASONRY CONTRACTOR, INC., A California Corporation, <br><br> Defendant. | No.   C 07-06401-PJH <br><br> **REQUEST FOR CONDITIONAL SIXTY-DAY DISMISSAL AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE** |

A tentative settlement having been reached, the parties, by and through their respective counsel of record, hereby stipulate and request that the Court issue a conditional 60-day dismissal of this case without prejudice.  The parties further stipulate a request that said dismissal provide

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

that if either party certifies with the Court within sixty days that settlement has not in fact occurred, this matter may be restored to Court's calendar and set for trial.

A Case Management Conference has been scheduled for July 10, 2008 at 2:30 p.m. With this Request for Conditional Dismissal, the parties also request that said Case Management Conference be vacated.

Dated:  July 1, 2008.

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: /s/Concepción E. Lozano-Batista
              CONCEPCIÓN E. LOZANO-BATISTA
              Attorneys for Plaintiffs

Dated:  July 1, 2008.

          JORDAN & AQUI

          By: /s/Diane Aqui
              DIANE AQUI
              Attorneys for Defendant

117066/498458

## **ORDER**

**IT IS SO ORDERED.**

Dated: _____

          _____
          HONORABLE PHYLLIS J. HAMILTON

117066/498458

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001